In the Matter of Estate of Eli Herman, Deceased. Simpson Creek Coal Sales Corporation, Claimant-Appellee, v. Mollie Purze, Administratrix of Estate of Eli Herman, Deceased, Appellant.

Gen. No. 45,574. 

Krinsky, Levitan & Glassner, for appellant; Arthur Morse, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 25, 1952; rehearing denied March 10, 1952; released for publication March 10, 1952.

Mary Basile, Administrator of Estate of Daniel Basile, Deceased, Appellant, v. Harry Zeid, Appellee.

Gen. No. 45,599. 

Stillo & Stillo, for appellant; Burt A. Crowe, for appellee; Carl E. Abrahamson, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 25, 1952; released for publication March 10, 1952.